**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STEVEN J. WADDELL, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION No. 1:11CV30 |
| v. | § § | |
| PROLINE XPRESS, INC.; VINCENT F. DIMASCIO; and PROLINE LOGISTICS, LLC, | § § § § | JUDGE RON CLARK |
| *Defendants*. | § § § | |

## ORDER OF DISMISSAL

Before the court is Plaintiff's stipulation of dismissal with prejudice [Doc. #11]. Plaintiff states that the parties have resolved their dispute. The court is of the opinion that this stipulation should be entered and the case dismissed. Accordingly, all claims by Plaintiff Steven J. Waddell against Defendants Proline Xpress, Inc. and Vincent F. Dimascio are hereby **DISMISSED WITH PREJUDICE**.[1] Plaintiff Steven J. Waddell's Motion to Nonsuit Defendants With Prejudice [Doc. #9] is hereby **DENIED AS MOOT**.

So **ORDERED** and **SIGNED** this **13** day of **July, 2011.**

_____
Ron Clark, United States District Judge

---

[1] Plaintiff's claims against Defendant ProLine Logistics, LLC were dismissed on April 19, 2011. [*See* Doc. #8.]